**No. 55935.**—The Clark Thread Company *v.* United States, protest 156486–K (New York).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the merchandise consists of parts of textile machinery, finished or unfinished, used exclusively for manufacturing or processing vegetable fibers, the claim of the plaintiff was sustained.

**No. 55936.**—M. D. Gourlay *v.* United States, protest 170129–K (New York).

Opinion by FORD, J. An examination of the official papers disclosing no reason which would warrant disturbing the classification of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE THIRD DIVISION, OCTOBER 23, 1951

**No. 55937.**—B. Herder Book Company *v.* United States, protest 151559–K (St. Louis).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entry for the date of exportation of the merchandise covered by the entry and that the circumstances relating to the liquidation of the said entry are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currency of the invoice should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.